UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
KARA DEGUARDIA, on behalf of herself
And all others similarly situated,

                                                                  **Case No.:  2:17-6706**

                            Plaintiff,

         v.                                         **NOTICE OF REMOVAL**
                                                      **FEDERAL QUESTION**

ALLIED INSTERSTATE, LLC,

                           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

      Pursuant to 28 U.S.C. §§ 1331 and 1441 *et seq.*, and 15 U.S.C. § 1692 *et seq.*, Defendant Allied Interstate, LLC ("Defendant"), hereby gives notice of removal of this cause of action, under the caption *Kara Deguardia, on behalf of herself and all others similarly situated v. Allied Interstate, LLC* from the Supreme Court of the State of New York, County of Suffolk, under Index No.: 612421/2017 ("State Court Action") to the United States District Court for the Eastern District of New York. In support of removal, Defendant, by and through its attorneys, states as follows:

      1.     On November 3, 2017, Defendant was personally served in this matter. A copy of the Complaint was not served at this time on Defendant, nor was it filed in the Supreme Court of the State of New York, County of Suffolk. (*See* state court docket, attached hereto as Exhibit "A".)  A true copy of the served Summons with Notice, Notice of Commencement of Action Subject to Mandatory Electronic Filing and Exhibit A- Collection Letter are attached hereto and marked as Exhibit "B".

2. Pursuant to CPLR § 320(a), Defendant's time to appear by serving an answer, a notice of appearance of a motion which has the effect of extending the time to answer expires on November 23, 2017.

3. This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question, wherein Plaintiff alleges violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*. This Court is the proper district for removal because the Supreme Court of the State of New York, Suffolk County is located within the jurisdiction of the United States District Court for the Eastern District of New York.

4. As Defendant was served on November 3, 2017, this removal, which is filed within 20 days thereof, is timely.

5. The undersigned is not aware of any other Defendants to these proceedings who would be required to consent to removal.

6. The undersigned is not aware of any other documents that have been filed in this matter.

7. Notice of this removal will be filed with the Supreme Court of the State of New York, County of Suffolk and served on Plaintiff.

8. By virtue of this Notice of Removal of Action and the Notice filed in the Action, Defendant does not waive its rights to assert any personal jurisdictional defenses or file other pre-answer motions including Federal Rule of Civil Procedure 12 motions and/or motions to compel arbitration as permitted by the Federal Rules of Civil Procedure.

WHEREFORE, Defendant requests that further proceedings in the Supreme Court of the State of New York, County of Suffolk, be discontinued and that this action be removed in its entirety to the United States District Court for the Eastern District of New York, which will then assume full jurisdiction over this cause of action.

                Respectfully submitted,

Dated: November 16, 2017        By /s/ Michael T. Etmund
                                      Michael T. Etmund, NY REG # 5168331
                                      MOSS & BARNETT
                                      150 South Fifth Street
                                      Suite 1200
                                      Minneapolis  MN  55402-4129
                                      Telephone:  (612) 877-5000
                                      Facsimile:  (612) 877-5999
                                      Mike.etmund@lawmoss.com

                                      *Attorneys for Defendant*