**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KARA DEGUARDIA, Individually and on
behalf of herself and all others similarly
situated,

                                                         **JUDGMENT**
                    Plaintiff,                CV 17-6706 (SJF) (AKT)

    - against -

ALLIED INTERSTATE, LLC,

                  Defendant.
-----------------------------------------------------------X

      A Memorandum and Decision of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on May 16, 2018, (i) granting, in part, and denying, in part, Defendant's motion to dismiss the Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6), (ii) granting Defendant's motion with respect to the First and Second Causes of Action alleging claims arising under Sections 1692g and 1692e respectively, which are dismissed with prejudice, and (iii) denying Defendant's motion as to Plaintiff's Third Cause of Action alleging a violation under Section 1692f; and an Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on July 2, 2018, *sua sponte* dismissing Plaintiff's Third Cause of Action with prejudice, and directing the Clerk of the Court to close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff Kara DeGuardia take nothing of Defendant Allied Interstate, LLC; that Defendant's motion to dismiss the Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) is granted, in part, and denied, in part; that Defendant's motion is granted with respect to the Plaintiff's First and

Second Causes of Action, and that those claims are dismissed with prejudice; that Plaintiff's

Third Cause of Action is *sua sponte* dismissed with prejudice; and that this case is closed.

Dated: Central Islip, New York
July 3, 2018

DOUGLAS C. PALMER
CLERK OF THE COURT
By:   /s/ James J. Toritto
Deputy Clerk
